UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORKPLACE TECHNOLOGIES RESEARCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PROJECT MANAGEMENT INSTITUTE, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 18cv1927-JM(MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE  [ECF NO. 88]** |

On October 2, 2020, the parties filed a "Joint Motion to Take Certain Fact Depositions Out of Time." (ECF No. 88.)  They ask the Court for leave to conduct several depositions after the close of fact discovery.  (Id. at 2-3.)  In support, the parties state that they timely noticed the depositions at issue, however, due to various scheduling conflicts, the parties will not be able to complete the depositions before the October 2, 2020 deadline to complete fact discovery.  (See id.)

/ / /

/ / /

/ / /

/ / /

1     Having considered the parties' joint motion and finding good cause, the Court
2 **GRANTS** the motion.  Accordingly, the parties may take the depositions of Mitch
3 Labrador, Neudesic LLP, Joshua West, Lia DiBello, and Joe Cahill on or before
4 <u>**October 31, 2020**</u>.  **All other deadlines and requirements remain unchanged.**
5     **IT IS SO ORDERED.**
6 Dated:  October 2, 2020

_____
Honorable Michael S. Berg
United States Magistrate Judge