UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WORKPLACE TECHNOLOGIES RESEARCH, INC., <br><br>Plaintiff,<br><br>v.<br><br>PROJECT MANAGEMENT INSTITUTE, INC.,<br><br>Defendant. | Case No.: 18cv1927 JM (MSB)<br><br>**ORDER SETTING ATTORNEYS-ONLY TELEPHONIC STATUS CONFERENCE** |
|---|---|
| PROJECT MANAGEMENT INSTITUTE, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>WORKPLACE TECHNOLOGIES RESEARCH, INC.,<br><br>Counter-Defendant. | |

The court sets an attorneys-only telephonic status conference for **March 18, 2022** at **11:30 a.m.** to discuss the trial date in this case. Counsel for the Parties should follow the steps below:

    1.    Dial the toll-free number: **(877) 336-1831**

///

///

2.  Enter the Access Code: **9739798** (participants will be put on hold until the court activates the conference call).

**IT IS SO ORDERED.**

DATED: March 17, 2022

JEFFREY T. MILLER
United States District Judge