# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORKPLACE TECHNOLOGIES RESEARCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PROJECT MANAGEMENT INSTITUTE, INC.,<br><br>Defendant. | Case No.: 18cv1927 JM(MSB)<br><br>**TRANSFER ORDER** |
| PROJECT MANAGEMENT INSTITUTE, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>WORKPLACE TECHNOLOGIES RESEARCH, INC.,<br><br>Counter-Defendant. | |

**IT IS HEREBY ORDERED** that the above-captioned case is transferred from the calendar of the Honorable Jeffrey T. Miller to the calendar of the Honorable Jinsook Ohta for all further proceedings. All dates currently calendared, including all pretrial motion deadlines, hearing dates, and the date of trial, remain as set.

DATED: April 12, 2022

JEFFREY T. MILLER
United States District Judge