JOSE L. PATIÑO, CA Bar No. 149568
   JosePatino@eversheds-sutherland.com
NICOLA A. PISANO, CA Bar No. 151282
   NicolaPisano@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
   ScottPenner@eversheds-sutherland.com
JUSTIN E. GRAY, CA Bar No. 282452
   JustinGray@eversheds-sutherland.com
REGIS WORLEY, Jr., CA Bar No. 234401
   RegisWorley@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA 92130
TELEPHONE:   858.252.6502
FACSIMILE:   858.252.6503

Attorneys for Plaintiff and Counter-Defendant
WORKPLACE TECHNOLOGIES RESEARCH, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORKPLACE TECHNOLOGIES RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROJECT MANAGEMENT INSTITUTE, INC. <br><br> Defendant. <br><br>——————————————<br><br> PROJECT MANAGEMENT INSTITUTE, INC. <br><br> Counterclaimant, <br><br> v. <br><br> WORKPLACE TECHNOLOGIES RESEARCH, INC.; and DOES 1-15 inclusive, <br><br> Counterdefendants. | Case No. 3:18-cv-01927-JO-MSB <br><br> **DECLARATION OF JOSE L. PATIÑO IN SUPPORT OF NOTICE OF FAILURE TO COMPLY WITH CIVIL LOCAL RULE 16.1** <br><br> Judge:   Hon. Jinsook Ohta <br> Place:   Courtroom 4C |

18cv1927

47328058.1

I, JOSE L. PATIÑO, declare as follows:

1. I am an attorney at law duly licensed in the States of California and Michigan and before this Court. I am a partner at the law firm of Eversheds Sutherland (US) LLP, and counsel of record for Plaintiff and Counter-Defendant Workplace Technologies Research, Inc. ("WTRI"). I make this declaration in support of WTRI's Notice of Failure to Comply with Civil Local Rule 16.1.

2. I could and would competently testify regarding the facts set forth in this declaration if called upon to do so.

3. Attached hereto as **Exhibit A** is a true and correct copy of an email from PMI's counsel to WTRI's counsel, with attachments, sent on April 1, 2022, with highlighting added.

4. Attached hereto as **Exhibit B** is a true and correct copy of an email from WTRI's counsel to PMI's counsel, with attachments, sent on April 20, 2022, with highlighting added.

5. Attached hereto as **Exhibit C** is a true and correct copy of an email from PMI's counsel to WTRI's counsel, sent on April 20, 2022, with highlighting added.

6. Attached hereto as **Exhibit D** is a true and correct copy of an email from PMI's counsel to WTRI's counsel, sent on April 20, 2022, with highlighting added.

7. Attached hereto as **Exhibit E** is a true and correct copy of an email from PMI's counsel to WTRI's counsel, sent on April 20, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 20, 2022

Respectfully submitted,

EVERSHEDS SUTHERLAND (US) LLP

*/s/ Jose L. Patiño*
Jose L. Patiño

47328058.1