JOSE L. PATIÑO, CA Bar No. 149568
JosePatino@eversheds-sutherland.com
NICOLA A. PISANO, CA Bar No. 151282
NicolaPisano@eversheds-sutherland.com
SCOTT A. PENNER, CA Bar No. 253716
ScottPenner@eversheds-sutherland.com
JUSTIN E. GRAY, CA Bar No. 282452
JustinGray@eversheds-sutherland.com
REGIS WORLEY, Jr., CA Bar No. 234401
RegisWorley@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA 92130
TELEPHONE: 858.252.6502
FACSIMILE: 858.252.6503

Attorneys for Plaintiff and Counter-Defendant
WORKPLACE TECHNOLOGIES RESEARCH, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

WORKPLACE TECHNOLOGIES RESEARCH, INC.,

Plaintiff,

v.

PROJECT MANAGEMENT INSTITUTE, INC.

Defendant.

---

PROJECT MANAGEMENT INSTITUTE, INC.

Counterclaimant,

v.

WORKPLACE TECHNOLOGIES RESEARCH, INC.; and DOES 1-15 inclusive,

Counterdefendants.

Case No. 3:18-cv-01927-JO-MSB

**DECLARATION OF JOSE L. PATIÑO IN SUPPORT OF REPLY BRIEF IN SUPPORT OF WORKPLACE TECHNOLOGIES RESEARCH, INC.'S MOTIONS *IN LIMINE***

Judge: Hon. Jinsook Ohta
Date: May 11, 2022
Time: 9:00 a.m.
Place: Courtroom 4C

I, JOSE L. PATIÑO, declare as follows:

1. I am an attorney at law duly licensed in the States of California and Michigan and before this Court. I am a partner at the law firm of Eversheds Sutherland (US) LLP, and counsel of record for Plaintiff and Counter-Defendant Workplace Technologies Research, Inc. ("WTRI"). I make this declaration in support of WTRI's Reply Brief in Support of Workplace Technologies Research, Inc.'s Motions *in Limine*.

2. I could and would competently testify regarding the facts set forth in this declaration if called upon to do so.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the October 2, 2020 deposition of Jesse Sardina, PMI's 30(b)(6) witness, with highlighting added.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the March 11, 2021 deposition of Jesse Sardina, PMI's 30(b)(6) witness, with highlighting added.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 26, 2022

Respectfully submitted,

EVERSHEDS SUTHERLAND (US) LLP

*/s/ Jose L. Patiño*
Jose L. Patiño