***WORKPLACE TECHNOLOGIES RESEARCH, INC. v.***
***PROJECT MANAGEMENT INSTITUTE, INC.***
**Case No. 3:18-cv-01927-JO-MSB**

**DECLARATION OF JOSE L. PATIÑO IN SUPPORT OF REPLY BRIEF IN SUPPORT OF WORKPLACE TECHNOLOGIES RESEARCH, INC.'S MOTIONS IN LIMINE**

**INDEX OF EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | PAGE NOS. |
|:---:|---|:---:|
| A | A true and correct copy of excerpts from the Deposition Transcript of Jesse Sardina, taken on October 2, 2020 | 1 – 6 |
| B | A true and correct copy of excerpts from the Deposition Transcript of Jesse Sardina, taken on March 11, 2021 | 7 - 11 |

1

46462724v1