UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORKPLACE TECHNOLOGIES RESEARCH, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>PROJECT MANAGEMENT INSTITUTE, INC.,<br><br>        Defendant. | Case No.:  18cv1927 JO(MSB)<br><br>**JUDGMENT FOLLOWING JURY VERDICT** |
| PROJECT MANAGEMENT INSTITUTE, INC.,<br><br>        Counter-Claimant,<br><br>v.<br><br>WORKPLACE TECHNOLOGIES RESEARCH, INC.,<br><br>        Counter-Defendant. | |

The instant action came before the Court for trial by jury from June 3, 2022 through June 27, 2022, in Courtroom 4C of the United States District Court, Southern District of California, the Honorable Jinsook Ohta presiding.  Plaintiff/Counter-Defendant Workplace Technologies Research, Inc. was represented by Jose L. Patiño, Nicola A. Pisano, Scott A. Penner, Justin E. Gray, and Regis C. Worley.

Defendant/Counter-Claimant Project Management Institute, Inc. was represented by Eric J. Bakewell, Sean P. Hanle, Hannah L. McMeans, Benita S. Yu, and Emily Horak. On June 27, 2022, the jury returned its verdict, finding in favor of Plaintiff. A copy of the Special Verdict Form is attached as Exhibit "A."

Pursuant to the jury's findings, on Plaintiff's claims, judgment is entered in favor of Plaintiff and against Defendant in the amount of $3,179,500. On Defendant's counterclaims, the Court enters judgment in favor of Plaintiff on all counts and awards no damages to Defendant. The Court will separately address any claim for attorney's fees and costs as allowed by law.

**IT IS SO ORDERED.**

Dated: July 12, 2022

Hon. Jinsook Ohta
United States District Judge

# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WORKPLACE TECHNOLOGIES RESEARCH, INC., | Case No.: 18cv1927 JO(MSB) |
|---|---|
| Plaintiff, | **SPECIAL VERDICT FORM** |
| v. | |
| PROJECT MANAGEMENT INSTITUTE, INC., | |
| Defendant. | |
| PROJECT MANAGEMENT INSTITUTE, INC., | |
| Counter-Claimant, | |
| v. | |
| WORKPLACE TECHNOLOGIES RESEARCH, INC., | |
| Counter-Defendant. | |

1

We, the jury, answer the questions submitted to us as follows:

**WTRI's Claim for Breach of Contract—Development Agreement**

1. Did all the conditions that were required for PMI's performance under the Development Agreement occur?

    __√__ Yes        _____ No

    *If your answer to question 1 is yes, skip question 2 and answer question 3. If you answered no, answer question 2.*

2. Were the required conditions that did not occur excused or waived?

    _____ Yes        _____ No

    *If your answer to question 2 is yes, then answer question 3. If you answered no, skip questions 3-12 and answer question 13.*

3. Did PMI fail to do something the Development Agreement required it to do?

    __√__ Yes        _____ No

    *If your answer to question 3 is yes, then answer question 4. If you answered no, skip questions 4-12 and answer question 13.*

4. Was WTRI harmed by PMI's breach of the Development Agreement?

    __√__ Yes        _____ No

    *If your answer to question 4 is yes, then answer question 5. If you answered no, skip questions 5-7 and answer question 8.*

5. Was PMI's failure to do something the Development Agreement required it to do a result of PMI's gross negligence or willful misconduct?

    __√__ Yes        _____ No

    *If your answer to question 5 is yes, then answer question 6. If you answered no, skip question 6 and answer question 7.*

6. Was PMI's gross negligence or willful misconduct a substantial factor in causing harm to WTRI?

    __√__ Yes        _____ No

7. What are WTRI's damages?

$ __929,500__

**WTRI's Claim for Breach of the Implied Covenant—Development Agreement**

8. Did PMI unfairly interfere with WTRI's right to receive the benefits of the Development Agreement?

 __✓__ Yes  _____ No

*If your answer to question 8 is yes, then answer question 9. If you answered no, skip questions 9-12 and answer question 13.*

9. Was WTRI harmed by PMI's interference?

 __✓__ Yes  _____ No

*If your answer to question 9 is yes, then answer question 10. If you answered no, skip questions 10-12 and answer question 13.*

10. Was PMI's interference a result of PMI's gross negligence or willful misconduct?

 __✓__ Yes  _____ No

*If your answer to question 10 is yes, then answer question 11. If you answered no, skip question 11 and answer question 12.*

11. Was PMI's gross negligence or willful misconduct a substantial factor in causing harm to WTRI?

 __✓__ Yes  _____ No

12. What are WTRI's damages? In answering this question do not duplicate any amounts that you may have inserted in response to Question No. 7.

$ __0__

**WTRI's Claim for Breach of Contract—Services Agreement**

13. Did all the conditions that were required for PMI's performance under the Services Agreement occur?

 __✓__ Yes  _____ No

3

18cv1927 JO(MSB)

*If your answer to question 13 is yes, skip question 14 and answer question 15. If you answered no, answer question 14.*

14. Were the required conditions that did not occur excused or waived?

    \_\_\_\_\_ Yes    \_\_\_\_\_ No

*If your answer to question 14 is yes, then answer question 15. If you answered no, skip questions 15-19 and answer question 20.*

15. Did PMI fail to do something the Services Agreement required it to do?

    √ Yes    \_\_\_\_\_ No

*If your answer to question 15 is yes, then answer question 16. If you answered no, skip questions 16-19 and answer question 20.*

16. Was WTRI harmed by PMI's breach of the Services Agreement?

    √ Yes    \_\_\_\_\_ No

*If your answer to question 16 is yes, then answer question 17. If you answered no, skip question 17-19 and answer question 20.*

17. Was PMI's failure to do something the Services Agreement required it to do a result of PMI's gross negligence or willful misconduct?

    √ Yes    \_\_\_\_\_ No

*If your answer to question 17 is yes, then answer question 18. If you answered no, skip question 18 and answer question 19.*

18. Was PMI's gross negligence or willful misconduct a substantial factor in causing harm to WTRI?

    √ Yes    \_\_\_\_\_ No

19. What are WTRI's damages?

    $ 2,150,000.00

4

### PMI's Claim for Breach of Contract—Development Agreement

20. Did all the conditions that were required for WTRI's performance under the Development Agreement occur?

    _____ Yes    √ No

    *If your answer to question 20 is yes, skip question 21 and answer question 22. If you answered no, answer question 21.*

21. Were the required conditions that did not occur excused?

    √ Yes    _____ No

    *If your answer to question 21 is yes, then answer question 22. If you answered no, skip questions 22-31 and answer question 32.*

22. Did WTRI fail to do something the Development Agreement required it to do?

    √ Yes    _____ No

    *If your answer to question 22 is yes, then answer question 23. If you answered no, skip questions 23-31 and answer question 32.*

23. Was PMI harmed by WTRI's breach of the Development Agreement?

    _____ Yes    √ No

    *If your answer to question 23 is yes, then answer question 24. If you answered no, skip question 24-26 and answer question 27.*

24. Was WTRI's failure to do something the Development Agreement required it to do a result of WTRI's gross negligence or willful misconduct?

    _____ Yes    _____ No

    *If your answer to question 24 is yes, then answer question 25. If you answered no, skip question 25 and answer question 26.*

25. Was WTRI's gross negligence or willful misconduct a substantial factor in causing harm to PMI?

    _____ Yes    _____ No

26. What are PMI's damages?

    $ _____

**PMI's Claim for Breach of the Implied Covenant—Development Agreement**

27. Did WTRI unfairly interfere with PMI's right to receive the benefits of the Development Agreement?

    _____ Yes    __✓__ No

    *If your answer to question 27 is yes, then answer question 28. If you answered no, skip questions 28-31 and answer question 32.*

28. Was PMI harmed by WTRI's interference?

    _____ Yes    _____ No

    *If your answer to question 28 is yes, then answer question 29. If you answered no, skip question 29-31 and answer question 32.*

29. Was WTRI's interference a result of WTRI's gross negligence or willful misconduct?

    _____ Yes    _____ No

    *If your answer to question 29 is yes, then answer question 30. If you answered no, skip question 30 and answer question 31.*

30. Was WTRI's gross negligence or willful misconduct a substantial factor in causing harm to PMI?

    _____ Yes    _____ No

31. What are PMI's damages? In answering this question do not duplicate any amounts that you may have inserted in response to Question No. 26.

    $ _____

**PMI's Claim for Breach of Contract—Services Agreement**

32. Did all the conditions that were required for WTRI's performance under the Services Agreement occur?

    _____ Yes    __✓__ No

    *If your answer to question 32 is yes, skip question 33 and answer question 34. If you answered no, answer question 33.*

6

18cv1927 JO(MSB)

33. Were the required conditions that did not occur excused?

    √  Yes        ___ No

*If your answer to question 33 is yes, then answer question 34. If you answered no, skip questions 34-43 and answer question 44.*

34. Did WTRI fail to do something that the Services Agreement required it to do?

    √  Yes        ___ No

*If your answer to question 34 is yes, then answer question 35. If you answered no, skip questions 35-43 and answer question 44.*

35. Was PMI harmed by WTRI's breach of the Services Agreement?

    ___ Yes        √  No

*If your answer to question 35 is yes, then answer question 36. If you answered no, skip question 36-38 and answer question 39.*

36. Was WTRI's failure to do something the Services Agreement required it to do a result of WTRI's gross negligence or willful misconduct?

    ___ Yes        ___ No

*If your answer to question 36 is yes, then answer question 37. If you answered no, skip question 37 and answer question 38.*

37. Was WTRI's gross negligence or willful misconduct a substantial factor in causing harm to PMI?

    ___ Yes        ___ No

38. What are PMI's damages?

    $ _____


**PMI's Claim for Breach of the Implied Covenant—Services Agreement**

39. Did WTRI unfairly interfere with PMI's right to receive the benefits of the Services Agreement?

    ___ Yes        √  No

7

18cv1927 JO(MSB)

*If your answer to question 39 is yes, then answer question 40. If you answered no, skip questions 40-43 and answer question 44.*

40.  Was PMI harmed by WTRI's interference?

    _____ Yes        _____ No

*If your answer to question 40 is yes, then answer question 41. If you answered no, skip question 41-43 and answer question 44.*

41.  Was WTRI's interference a result of WTRI's gross negligence or willful misconduct?

    _____ Yes        _____ No

*If your answer to question 41 is yes, then answer question 42. If you answered no, skip question 42 and answer question 43.*

42.  Was WTRI's gross negligence or willful misconduct a substantial factor in causing harm to PMI?

    _____ Yes        _____ No

43.  What are PMI's damages? In answering this question do not duplicate any amounts that you may have inserted in response to Question No. 38.

    $ _____

### PMI's Claim for Trade Secret Misappropriation

44.  Was PMI the owner of proprietary flow templates working in tandem with corresponding spreadsheets?

    _____ Yes        √ No

*If your answer to question 44 is yes, then answer question 45. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

45.  Were these proprietary flow templates working in tandem with corresponding spreadsheets secret at the time of the alleged misappropriation?

    _____ Yes        _____ No

*If your answer to question 45 is yes, then answer question 46. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

46. Did these proprietary flow templates working in tandem with corresponding spreadsheets have actual or potential independent economic value because they were kept secret?

	_____ Yes      _____ No

*If your answer to question 46 is yes, then answer question 47. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form*

47. Did PMI make reasonable efforts under the circumstances to keep the proprietary flow templates working in tandem with corresponding spreadsheets secret?

	_____ Yes      _____ No

*If your answer to question 47 is yes, then answer question 48. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form*

48. Did WTRI use or disclose the trade secrets by improper means?

	_____ Yes      _____ No

*If your answer to question 48 is yes, then answer question 49. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

49. Was WTRI's improper use or disclosure a substantial factor in causing PMI's harm or WTRI to be unjustly enriched?

	_____ Yes      _____ No

*If your answer to question 49 is yes, then answer question 50. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

50. What are PMI's damages?

    $ _____

51. Did PMI show by clear and convincing evidence WTRI's improper use or disclosure was willful and malicious?

    _____ Yes        _____ No

Signed: __JuRoR 4_____          Dated: __6/~~~~/2022__
             Presiding Juror                            27
                                                         — Juror #4

10